1  LESLIE A. GREATHOUSE (Cal. Bar No. 155173)
2  SPENCER FANE BRITT & BROWNE LLP
   1000 Walnut Street, Suite 1400
3  Kansas City, Missouri 64106-2140
   Tel: 816-474-8100
4  Fax: 816-474-3216
   E-mail: lgreathouse@spencerfane.com
5
6  Attorney for defendants Parnell, Inc., Parnell Pharmaceuticals Holding, Ltd., Parnell Corporate
   Services U.S., Inc., and Parnell U.S. 1, Inc.
7
8  ROCHELLE D. ALPERT (State Bar No. 065037)
   SHARON R. SMITH (State Bar No. 221428)
9  STEPHANIE L. HALL (State Bar No. 288369)
   MORGAN, LEWIS & BOCKIUS LLP
10 One Market, Spear Street Tower
   San Francisco, California 94105-1126
11 Tel: 415-442-1000
   Fax: 415-442-1001
12 E-mail: ralpert@morganlewis.com
           srsmith@morganlewis.com
13         shall@morganlewis.com
14
15 Attorneys for plaintiff Parnell Pharmaceuticals, Inc.

IT IS SO ORDERED

_(signature)_
Judge Edward J. Davila

Dated: 9/8/2014

16              UNITED STATES DISTRICT COURT
17            NORTHERN DISTRICT OF CALIFORNIA
                    SAN JOSE DIVISION
18
19 PARNELL PHARMACEUTICALS, INC.,    )
                                     )
20              Plaintiff,           )      No. 5:14-cv-03158-EJD-PSG
                                     )
21 v.                                )   **STIPULATION TO EXTEND TIME FOR**
                                     )   **DEFENDANTS TO FILE ANSWER OR**
22 PARNELL, INC.; PARNELL            )   **RESPONSIVE PLEADING**
23 PHARMACEUTICALS HOLDINGS, LTD;    )
   PARNELL CORPORATE SERVICES U.S.,  )
24 INC.; PARNELL U.S. 1, INC.,       )
                                     )
25              Defendants.          )
                                     )
26 _____
27        IT IS HEREBY STIPULATED by the undersigned parties through their respective
28 counsel of record that, pursuant to Local Rule 6-1 of the Northern District of California,

        STIPULATION EXTENDING TIME FOR DEFENDANTS TO ANSWER OR
        OTHERWISE RESPOND TO COMPLAINT – 5:14-cv-03158-EJD-PSG – 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Defendants shall have an extension of time to answer or otherwise respond to Plaintiff's complaint.  The stipulated date for the Defendants to serve and file a response to the Complaint shall be September 26, 2014.  No prior extension has been requested by any party.  This extension will not affect any other date already calendared by the Court.  This stipulation shall not waive or otherwise affect any of Defendants' defenses.  This stipulation is also without prejudice to Plaintiff's claim of irreparable harm.

IT IS SO STIPULATED.

Dated: September 5, 2014

SPENCER FANE BRITT & BROWNE LLP

/s/ Leslie A. Greathouse
Leslie A. Greathouse (Cal. Bar No. 155173)
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
Tel: 816-474-8100
Fax: 816-474-3216
E-mail: lgreathouse@spencerfane.com
*Attorney for Defendants*

MORGAN, LEWIS & BOCKIUS LLP

/s/ Rochelle D. Alpert
Rochelle D. Alpert (State Bar No. 065037)
Sharon R. Smith (State Bar No. 221428)
Stephanie L. Hall (State Bar No. 288369)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415-442-1000
Fax: 415-442-1001
E-mail:  ralpert@morganlewis.com
         srsmith@morganlewis.com
         shall@morganlewis.com
*Attorneys for Plaintiff*

**FILER'S ATTESTATION**

I, Leslie A. Greathouse, am the ECF user whose identification and password are being used to file **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO FILE ANSWER OR RESPONSIVE PLEADING**.  In compliance with L.R. 5-1, I hereby attest that Rochelle D. Alpert has concurred in this filing.

Dated: September 5, 2014

SPENCER FANE BRITT & BROWNE LLP

/s/ Leslie A. Greathouse
Leslie A. Greathouse (Cal. Bar No. 155173)
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106-2140
Tel: 816-474-8100
Fax: 816-474-3216
E-mail: lgreathouse@spencerfane.com
*Attorney for Defendants*