UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARNELL PHARMACEUTICALS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PARNELL, INC., et al.,<br><br>Defendants. | Case No. 5:14-CV-03158-EJD<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>[Re: Dkt. No. 35] |

Having reviewed the parties' Joint Case Management Conference Statement filed on October 24, 2014 (Dkt. No. 35), the court finds that a scheduling conference is premature at this time. Accordingly, the Case Management Conference scheduled for October 31, 2014 is CONTINUED to **10:00 a.m. on March 26, 2015**. The parties shall file an updated Joint Case Management Conference Statement on or before **March 19, 2015**.

**IT IS SO ORDERED**.

Dated: October 27, 2014

_____
EDWARD J. DAVILA
United States District Judge

Case No. 5:14-CV-03158-EJD
ORDER CONTINUING CASE MANAGEMENT CONFERENCE