UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PARNELL PHARMACEUTICALS, INC.,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>PARNELL, INC., et al.,<br><br>　　　　　　　　Defendants. | Case No.  5:14-cv-03158-EJD<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 46 |

Having reviewed the parties' Joint Case Management Conference Statement filed on March 18, 2015 (Docket Item No. 46), the court has determined that a Case Management Conference is premature at this time.

Accordingly, the Case Management Conference scheduled for March 26, 2015 is VACATED and will be re-set, if necessary, upon resolution of the pending Motion to Dismiss.

**IT IS SO ORDERED.**

Dated: March 20, 2015

_____
EDWARD J. DAVILA
United States District Judge